FILED
2026 Sep-16 AM 09:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
Northeastern Division

| | |
|---|---|
| **HEATHER JONES,**<br>Plaintiff,<br>v.<br>**COLOMBIA HOLDINGS, LLC,**<br>a Wyoming limited liability company,<br>Defendant. | Civil Action No.<br>**5:26-cv-01210-HDM**<br>**ALIAS SUMMONS**<br>*(Corrected process)* |

## ALIAS SUMMONS IN A CIVIL ACTION

**To:** *(Defendant's name and address)* **COLOMBIA HOLDINGS, LLC**
a Wyoming limited liability company
Wyoming Secretary of State Filing ID: 2021-000993156
c/o its Registered Agent:
**Registered Agents Inc**
**30 N Gould St Ste R**
**Sheridan, WY 82801**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: **Rhonda Steadman Hood (HOO024)**
Hood Law, LLC
1117 22nd Street South
Birmingham, Alabama 35205
Telephone: (205) 323-4123
Email: rhonda@whlfirm.com

If you fail to respond, judgment by default ~~will be~~ may entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GREER M. LYNCH, CLERK
CLERK OF COURT

Date issued: 9/16/2026

Signature of Clerk or Deputy Clerk

*This is an ALIAS summons issued under Fed. R. Civ. P. 4. The Complaint (Doc. 1, filed July 13, 2026) names only COLOMBIA HOLDINGS, LLC. A prior summons (Doc. 2, filed August 11, 2026) was directed to "Columbia Holdings, LLC, and David Patton a/k/a Dave Patton" and listed this same registered-agent address. David Patton is not a named defendant. This alias summons is directed solely to the named defendant, COLOMBIA HOLDINGS, LLC (Wyoming Filing ID 2021-000993156), at its registered agent of record.*