FILED
2026 Oct-03 PM 12:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

**AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)**

Civil Action No. 5:26-cv-01210-HDM
United States District Court for the Northern District of Alabama, Northeastern Division
Heather Jones v. Colombia Holdings, LLC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This alias summons on **Colombia Holdings, LLC**

was received by me on (date) 9-22-26 *(server to complete)*

[ ] I personally served the summons on the individual at (place) ____________ on (date) ________; or

[ ] I left the summons at the individual's residence or usual place of abode with (name) ____________,
a person of suitable age and discretion who resides there, on (date) ________, and mailed a copy
to the individual's last known address; or

**[X] I served the alias summons on (name of individual) Registered Agents Inc., who is**
designated by law to accept service of process on behalf of (name of organization)
**Colombia Holdings, LLC, by delivery to James Deals of its registered agent,**
**Registered Agents Inc, 30 N Gould St Ste R, Sheridan, WY 82801,**
**on September 30, 2026, at 2:30 p.m.; or**

[ ] I returned the summons unexecuted because ____________; or

[ ] Other (specify): ____________.

My fees are $ 75.00 for travel and $ 0.00 for services, for a total of $ 75.00.

*I declare under penalty of perjury that this information is true.*

Date: 10-2-26

[signature]
*Server's signature*

Printed name and title: Brian McCash, Process Server
Archer Process Service
P.O. Box 1657, Casper, Wyoming 82609
Phone: (307) 259-3444

**Additional information regarding attempted service, etc.:**

Alias summons issued September 16, 2026, in Case No. 5:26-cv-01210-HDM (Doc. 3), directed solely to Colombia Holdings, LLC, a Wyoming limited liability company, Wyoming Secretary of State Filing ID 2021-000993156, c/o its registered agent, Registered Agents Inc, 30 N Gould St Ste R, Sheridan, WY 82801. On September 30, 2026, at 2:30 p.m., the summons and complaint were delivered to James Deals at Registered Agents Inc, 30 N Gould St Ste R, Sheridan, WY 82801. Documents served: alias summons and complaint.

*Server: complete the date received, fee lines, date, and signature before filing. Do not sign if any fact is incorrect.*