FILED
2026 Nov-09 PM 12:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| HEATHER JONES<br>Plaintiff<br>v.<br><br>COLOMBIA HOLDINGS LLC,<br><br>Defendant, | }<br>}<br>}<br>}<br>}<br>}<br>}<br>} | Case Number: 5:26-cv-1210-HDM |

**CLERKS ENTRY OF DEFAULT**

Upon verified application of counsel for the plaintiff, Heather Jones and the records of this court reflecting that more than twenty-one (21) days have elapsed since defendant, Colombia Holdings LLC, were duly served and that the defendant, Colombia Holdings LLC, has failed to answer or otherwise plead to the complaint.

It is ADJUDGED that the defendant, Colombia Holdings LLC, is in default and that the plaintiff, Heather Jones, have and recover of the defendant such sum as the plaintiff shall prove to the Court, together with costs.

DONE on November 9, 2026

GREER M. LYNCH, CLERK

By: /s C. Berryman
Deputy Clerk