FILED
2026 Nov-09 PM 12:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

BIRMINGHAM BAR VOLUNTEER LAWYERS PROGRAM
2015 American Bar Association Harrison Tweed Award Winner

APPLICATION FOR LEGAL ASSISTANCE: FEDERAL CIVIL PRO BONO PROGRAM

Date: ______________________

Last Name: ______________________ First Name: ______________________ Middle Name: ___________

Maiden or Other names you have used: ______________________

Street Address: ______________________

City: ___________ County: ___________ State: ___________ Zip Code: ___________

Date of Birth: ___________ Age: ___________ Gender: ☐ Female ☐ Male

Email Address: ______________________

Telephone #: ______________________ ☐ Home ☐ Cell ☐ Work

Alternate Telephone #: ______________________ ☐ Home ☐ Cell ☐ Work

Are you a United States Citizen? ☐ Yes ☐ No

If you are not a U.S. citizen, are you a legal resident? ☐ Yes ☐ No

If yes, please indicate the type of residency (permanent or temporary): ☐ Permanent ☐ Temporary

Please provide your residency #: ______________________

**How did you hear about Birmingham Bar Volunteer Lawyers Program? (Please check all that apply):**

| | | | |
|---|---|---|---|
| ☐ Advertisement | ☐ Court | ☐ Family | ☐ Internet |
| ☐ Legal Service Program | ☐ Prior Use | ☐ Private Bar | ☐ Social Agency |
| ☐ Telephone Book | ☐ Legal Services of Alabama | ☐ Unknown | ☐ Other |

Marital Status:

| | | | | | |
|---|---|---|---|---|---|
| ☐ Single | ☐ Married | ☐ Common Law Married | ☐ Separated | ☐ Divorced | ☐ Widow |

Race/Ethnicity:

| | | | | | |
|---|---|---|---|---|---|
| ☐ African American/Black | ☐ African American & White | ☐ Alaskan Native | ☐ American Indian | ☐ American Indian & Black | ☐ American Indian & White |
| ☐ Asian | ☐ Asian & Black | ☐ Asian & White | ☐ Caucasian/White | ☐ Hispanic | ☐ Other |

**Household and Income Information**

**Living Arrangements (Please check all that apply):**

| | | | | |
|---|---|---|---|---|
| ☐ Own/Mortgaged House | ☐ Rent House | ☐ Apartment | ☐ Condo | ☐ Hotel/Motel |
| ☐ Own/Financed Mobile Home/RV | ☐ HUD/Public Housing | ☐ FEMA Trailer | ☐ Rent Room | ☐ Shelter |
| ☐ Rented Mobile Home/RV | ☐ Section 8 Voucher | ☐ Military Base | ☐ Assisted Living Facility | ☐ With Friend |

| | | | | |
|---|---|---|---|---|
| ☐ With Relative | | | | |

Total number of people in household: ______________________

Number of people in household age 19 or older: ________________

Number of people under the age of 19: ______________________

If you are employed, list your place of employment: ______________________________________________

What is your job title/position/profession? ____________________________________________________

How long have you been employed by your current employer? ________________________________________

List everyone in your household & their monthly incomes (Please include yourself as a part of your household:

| Name | Relationship to You | Age | Amount of Monthly Income before taxes |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |

**Income Source(s) (Please include monthly amount):**

| | | | |
|---|---|---|---|
| ☐ ADFC/TANF $________ | ☐ Alimony $________ | ☐ Army Reserve $________ | ☐ Child Support $________ |
| ☐ Employment $________ | ☐ Financial Aid $________ | ☐ Rental Income $________ | ☐ Pension $________ |
| ☐ Self-Employment $________ | ☐ SSD Disability$________ | ☐ SSI $________ | ☐ SS Survivor Benefits $________ |
| ☐ Tips $________ | ☐ Spousal Support $________ | ☐ Tips $________ | ☐ Trust/Interest/Dividends $________ |
| ☐ Unemployed | ☐ Unemployment. Comp. $________ | ☐ Veterans Benefits $________ | ☐ Worker's Comp. $________ |
| ☐ Other Income $________ | | | |

If you are paid hourly, how many hours per week do you work? ____________ How much do you earn per hour? $______________

Are you expecting an increase in your household income in the near future? ☐ Yes ☐ No

If yes, state the source/type of increase income aud the amount of increase:

Source/Type: ______________________________________________

Amount: $______________________________________________

If no, and you did not list any source of income, how are you paying your bills/expenses?

---

**Monthlv Expenses (Please list the amount of your monthly expenses for the following):**

| | | | |
|---|---|---|---|
| ☐ Alimony $________ | ☐ Car Insurance $________ | ☐ Chapter 13 payment $________ | ☐ Childcare $________ |
| ☐ Child Support $________ | ☐ Expenses to/from work $________ | ☐ Garnishment $________ | ☐ Health Ins. $________ |
| ☐ Home Ins. $________ | ☐ Land Pymt. $________ | ☐ Medical $________ | ☐ Mobile Home Pymt $________ |
| ☐ Mortgage $________ | ☐ Nursing Home $________ | ☐ Payday Loan $________ | ☐ Rent $________ |
| ☐ 2nd Mortgage $________ | ☐ Student Loan Pymt. $________ | ☐ Unpaid taxes $________ | ☐ Vehicle Pymt. $________ |

**Assets:**

Do you own or are you buying a home that you live in? ☐ Yes ☐ No

If yes, how much is the home worth? $__________ How much do you owe on the home? $__________

Do you own or are you buying additional property? ☐ Yes ☐ No

What type of property? ☐ House ☐ Condominium ☐ Other, describe: __________
If yes, how much is the property worth? $__________ How much do you owe on the property? $__________

Do you own or are you buying land? ☐ Yes ☐ No

If yes, how much is the land worth? $__________ How much do you owe on the land? $__________

Do you own or are you buying any vehicles? ☐ Yes ☐ No

If yes, how many vehicles do you own or are you buying? __________

How much do you owe on the vehicle(s)? $__________ How much are the vehicle (s) worth? $__________

Do you own any Certificates of Deposit/Stocks/Bonds? ☐ Yes ☐ No

If yes, please list the value of the Certificates of Deposit/Stocks/Bonds $__________

Do you have any money in a checking or savings account? ☐ Yes ☐ No

If yes, what is the current balance in the account $__________

A part from the items listed above, do you own any possessions or personal property worth more than $5,000? ☐ Yes ☐ No

If yes, list the item(s), value and the value __________

**Benefits you or anyone in your household receives (please check all that apply):**

| | | | |
|---|---|---|---|
| ☐ Food stamps/SNAP $____ | ☐ SSI $____ | ☐ Childcare assistance $____ | ☐ Medicaid $____ |
| ☐ Customer Waiver Electricity $____ | ☐ Public Housing $____ | ☐ Lifeline/Phone $____ | ☐ Section8 $____ |
| ☐ Family Assistance/TANF $____ | ☐ Senior Citizen Housing $____ | ☐ ALL Kids $____ | ☐ Utility Assistance $____ |
| ☐ WIC $____ | ☐ USDA/Rural Housing $____ | ☐ Other $____ | |

**Demographics (please check all that apply):**

| | | | | |
|---|---|---|---|---|
| ☐ Domestic Violence Victim | ☐ Elderly, over age 74 | ☐ Military | ☐ Person with disabilities | ☐ Sexual Violence Victim |
| ☐ Single Parent | ☐ Stalking Victim | ☐ Student | ☐ Veteran | |

**Highest Education Level:**

| | | | | |
|---|---|---|---|---|
| ☐ Elementary | ☐ Junior High | ☐ High School | ☐ G.E.D. | ☐ Junior College |
| ☐ College/University | ☐ Graduate School | ☐ Other ____ | | |

**Type of case or legal matter (Please check all that apply):**

| | | | | |
|---|---|---|---|---|
| ☐ Employment Discrimination | ☐ Labor | ☐ Prisoner Civil Rights | ☐ Other Civil Rights | ☐ Immigration/Deportation |
| ☐ Personal Injury Defense | ☐ Real Property | ☐ Contract | ☐ Forfeiture/Penalty | ☐ Intellectual Property Rights |
| ☐ Federal Tax Suits | ☐ Social Security | ☐ Banking and Commerce | ☐ Consumer Credit and Financial Services | ☐ Employee Benefits |
| ☐ Agricultural Acts | ☐ Environmental | ☐ Freedom of Information Act | ☐ Constitutional Rights | ☐ Other Describe: ____________ |

**Does your legal issue put you at the risk of not being able to pay your mortgage?** ☐ Yes ☐ No

**Adverse Party Involved:**

☐ Company or ☐ Individual

Name: ______________________________ ☐ Plaintiff ☐ Defendant ☐ Other

Street Address: ______________________________

City: ____________ County: ____________ State: ____________ Zip Code: ____________

Telephone #: ____________

**Please provide a brief description of your legal issue: (please use the back of this page if more space is needed)**

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

**Court Hearing & Case Information:**

Are you being sued? ☐ Yes ☐ No

Is there a court hearing set for this case? ☐ Yes ☐ No

If yes, what in what county is the hearing? ____________

What date is the hearing? ____________ What time is the hearing? ____________

Do you have court papers? ☐ Yes ☐ No

If yes, on what date did you receive the court papers? ____________

What is the case number? ____________

Have you filed an answer? ☐ Yes ☐ No

If no, what is/was the deadline for filing the answer? ____________

Do you have any other documents related to your case? ☐ Yes ☐ No

Are there any deadlines associated with your case? ☐ Yes ☐ No

If yes, what is/are the deadline(s)? ____________

**To the best of my knowledge, all of the information provided in this application is truthful and accurate.**

**Signature:** ______________________________ **Date:** ____________