FILED
2026 Nov-09 PM 12:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

BIRMINGHAM BAR VOLUNTEER LAWYERS PROGRAM

2015 American Bar Association Harrison Tweed Award Winner

# CLIENT FINANCIAL VERIFICATION FORM: FEDERAL CIVIL PRO BONO PROGRAM

Date: ____________________

Last Name: ____________________ First Name: ____________________ Middle Name: ____________

Maiden or Other names you have used: ____________________

Street Address: ____________________

City: ____________ County: ____________ State: ____________ Zip Code: ____________

Date of Birth: ____________ Age: ____________ Gender: ☐ Female ☐ Male

Email Address: ____________________

Telephone #: ____________________ ☐ Home ☐ Cell ☐ Work

Alternate Telephone #: ____________________ ☐ Home ☐ Cell ☐ Work

Are you a United States Citizen? ☐ Yes ☐ No

If you are not a U.S. citizen, are you a legal resident? ☐ Yes ☐ No

If yes, please indicate the type of residency (permanent or temporary): ☐ Permanent ☐ Temporary

Please provide your residency #: ____________________

If you are employed, list your place of employment: ____________________

What is your job title/position/profession? ____________________

**Income Source(s) (Please include monthly amount):**

| | | | |
|---|---|---|---|
| ☐ ADFC/TANF $______ | ☐ Alimony $______ | ☐ Army Reserve $______ | ☐ Child Support $______ |
| ☐ Employment $______ | ☐ Financial Aid $______ | ☐ Rental Income $______ | ☐ Pension $______ |
| ☐ Self-Employment $______ | ☐ SSD Disability$______ | ☐ SSI $______ | ☐ SS Survivor Benefits $______ |
| ☐ Tips $______ | ☐ Spousal Support $______ | ☐ Tips $______ | ☐ Trust/Interest/Dividends $______ |
| ☐ Unemployed | ☐ Unemployment. Comp. $______ | ☐ Veterans Benefits $______ | ☐ Worker's Comp. $______ |
| ☐ Other Income $______ | | | |

If you are paid hourly, how many hours per week do you work? __________ How much do you earn per hour? $__________

**Please attach proof of income from the sources of income indicated above (proof of income includes pay stubs, Letters of Benefits, etc.)**

Are you expecting an increase in your household income in the near future? ☐ Yes ☐ No

If yes, state the source/type of the increase income and the amount of increase:

Source/Type: ____________________

Amount: ____________________

Date increase is expected: ____________________

**To the best of my knowledge, all of the information provided in this verification form is truthful and accurate.**

**Signature:** ____________________ **Date:** ____________________